# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Civil Case No. 3:09cv0008 |
| Plaintiff/Respondent, | : | Criminal Case No. 3:06cr0154 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| THOMAS L. McCAULEY, | : | |
| Defendant/Petitioner. | : | |

# ORDER

In light of the United States Supreme Court's recent decision to deny *certiorari* in this case (Doc. #86), it presently appears that Petitioner's direct appeal of his convictions have concluded and that his convictions have therefore become final. *See Clay v. United States*, 537 U.S. 522, 527, 123 S. Ct. 1072 (2003).

Accordingly, the Report and Recommendations filed on February 27, 2009 (Doc. #85) is **WITHDRAWN**, and Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. #83) remains pending on the docket of this Court.

March 17, 2009

                                                               s/ Sharon L. Ovington
                                                                   Sharon L. Ovington
                                                     United States Magistrate Judge